# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DIVISION OF TEXAS
# BEAUMONT DIVISION

No. 1:11-CR-31(2)

United States of America

v.

Ryan Joseph Portier

                              Defendant

**Report and Recommendation Re:
Defendant's Competency to Stand Trial**

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States magistrate judge.

On March 28, 2011, the court ordered a psychiatric or psychological exam to determine if defendant was suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Docket No. 17.) Defendant subsequently received an evaluation by Dr. Jeremiah Dwyer, Ph.D., forensic psychologist, at the Federal Detention

Center in Englewood, Colorado. On June 9, 2011, a copy of the forensic psychological report was returned by the complex warden.

The psychiatric report concludes that, in the opinions of Dr. Dwyer, defendant is mentally competent to stand trial. The report indicates "there is no objective evidence to indicate that Mr. Portier currently suffers from symptoms of a major mental disorder, such as an affective disorder (e.g., bipolar disorder), psychotic disorder (e.g. Schizophrenia), or an organic disorder, that would impair his present ability to understand the nature and consequences of the proceedings against him or to assist properly in his defense." (Docket No. 41).

A competency hearing was conducted on July 5, 2011. At the hearing, defendant appeared in court with counsel, Bernard J. Shealy, Esq. The court admitted into evidence the psychological report detailing the results and findings. Counsel for the government, counsel for defendant, and defendant indicated no objections to the competency findings in the report.

The undersigned therefore concludes that defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Defendant has a rational and factual understanding of the proceeding against him, and he has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. 18 U.S.C. § 4241(d); see also Dusky v. United States, 362 U.S. 402, 80 S. Ct. 788, 4 L. Ed. 2d 824 (1960).

**RECOMMENDATION**

The court should find defendant competent to stand trial because he understands the proceeding against him and has the ability to assist his attorney under Title 18 U.S.C. § 4241.

## OBJECTIONS

Title 28 U.S.C. § 636 normally gives parties fourteen (14) days to object to recommendations submitted by magistrate judges. However, as the parties have agreed that defendant is competent, and this report recommends that defendant be found competent, the court may act on the report and recommendation immediately.

SIGNED this __6__ day of July, 2011.

_Earl S. Hines_
Earl S. Hines
United States Magistrate Judge